**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00286-REB

GUILLERMO LUIS TORRES BRODA,

    Petitioner,

v.

FRANIA JAZMIN CEJA ABARCA,
      a/k/a ANIA ZMIA ABIA,

    Respondent,

and concerning the minor child,

G.F.T.C.

---

**ORDER**

---

**Blackburn, J.**

    The matter comes before me on the petitioner's **Updated Notice To The Court Regarding *Ex Parte* Order** [#12][1] filed March 1, 2011. This order is entered to prevent the child from being released to the Mexican Consulate and/or being removed from this country without the order of this court.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the child, G.F.T.C., **SHALL NOT BE RELEASED** to the Mexican Consulate without an order from this court;

    2.  That the child, G.F.T.C., **SHALL NOT BE REMOVED** from the United States

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

of America without an order from this court;

      3.  That the child, G.F.T.C., **SHALL NOT BE RELEASED** by the Child Protective Services in Nogales, Arizona, pending further order of this court;

      4.  That a violation of this order **SHALL BE CONSIDERED** contempt of this court and shall be punished accordingly; and

      5.  That a copy of this order **SHALL BE PROVIDED** to the Child Protective Services in Nogales, Arizona, specifically to caseworker, Beatriz Valera, and her supervisor, Marie Montenegro, as soon as practicable by any means reasonably calculated to communicate this order, including, but not limited to, facsimile and/or electronic mail.

      Dated March 1, 2011, at Denver, Colorado.

      **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge