**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00286-REB

GUILLERMO LUIS TORRES BRODA,

    Petitioner,

v.

FRANIA JAZMIN CEJA ABARCA,
      a/k/a ANIA ZMIA ABIA,

    Respondent,

and concerning the minor child,

G.F.T.C.

**ORDER TO RELEASE PASSPORTS**

**Blackburn, J.**

    The matter comes before me on the respondent's **Motion To Release Passport(s) To Respondent** [#38][1] filed March 16, 2011. As directed by the court, the respondent surrendered to the Clerk of the Court three passports, as reflected in receipts issued by the Clerk of the Court and docketed in this case as [#25], [#26], and [#27]. This case has been resolved and the passports specified above should be returned to the respondent.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the respondent's **Motion To Release Passport(s) To Respondent**

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[#38] filed March 16, 2011, is **GRANTED**; and

    2.  That the Clerk of the Court **SHALL RETURN** the three passports specified in the receipts issued by the Clerk of the Court in this case, which receipts are docketed as [#25], [#26], and [#27], to the respondent, Frania Jazmin Ceja-Abarca, or her counsel of record.

    Dated March 16, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge